**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **COMPUTER ACCELERATION CORPORATION,** | § § § | |
| Plaintiff, | § § | **CIVIL ACTION 9:07-CV-00245-RHC** |
| vs. | § § | |
| **INTERNATIONAL BUSINESS MACHINES CORP.** | § § § | **JURY TRIAL** |
| Defendant. | § § | |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The Court considered Computer Acceleration Corporation's Motion to Dismiss its Claims Against International Business Machines Corp. With Prejudice. After considering the Motion, the Court hereby dismisses the claims of Computer Acceleration Corporation against International Business Machines Corp. made in the above-referenced and numbered case. This dismissal is with prejudice.

So **ORDERED** and **SIGNED** this **11** day of **December, 2007.**

*/s/ Ron Clark*
_____
Ron Clark, United States District Judge

Austin 40741v1